# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2020)

**Court Identification Docket #:** 38 10 CI
- County #: 38
- Judicial District: 10
- Court ID (CH, CI, CO): CI

**Case Year:** 2025
**Docket Number:** 129 CW
**Local Docket ID:**

Month / Date / Year: 11 10 25
*This area to be completed by clerk*

**In the** CIRCUIT **Court of** LAUDERDALE **County** — 10 **Judicial District**

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff
**Individual:** Woods, Shaleshia
- Last Name: Woods
- First Name: Shaleshia

**Address of Plaintiff:** 5280 Old Jackson Road Forest, MS 39074
**Attorney (Name & Address):** Paul V. Ott 4450 Old Canton Rd. #200 Jackson, MS 39211
**MS Bar No.:** 8742

Signature of Individual Filing: /s/

### Defendant
**Business:** Estes Express Lines Corporation-Virginia

### Nature of Suit
- [X] Negligence - Motor Vehicle

**EXHIBIT A**

IN THE <u>CIRCUIT</u> COURT OF <u>LAUDERDALE</u> COUNTY, MISSISSIPPI

<u>10th</u> JUDICIAL DISTRICT, CITY OF <u>Meridian</u>

Docket No. <u>25</u> - <u>129</u> <u>CW</u>
File Yr       Chronological No.       Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of 2 Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

### Defendant #2:

**Individual**: <u>Spencer</u>          <u>Dale</u>          ( _____ ) _____ _____
              Last Name          First Name          Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

### Defendant #3:

**Individual**: _____ _____ ( _____ ) _____ _____
              Last Name          First Name          Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

### Defendant #4:

**Individual**: _____ _____ ( _____ ) _____ _____
              Last Name          First Name          Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

SHALESHIA WOODS                                            PLAINTIFF

VS.                                             CIVIL ACTION NO. 25CV129CW

ESTES EXPRESS LINES CORPORATION
AND DALE SPENCER                                       DEFENDANTS

**COMPLAINT WITH DISCOVERY ATTACHED**
**JURY TRIAL REQUESTED**

COMES NOW Shaleshia Woods, by and through counsel, and for cause of action against the defendants, Estes Express Lines Corporation and Dale Spencer, states and alleges the following:

1.

Shaleshia Woods is an adult resident citizen of Forest, Scott County, Mississippi.

2.

Estes Express Lines Corporation is a Profit Corporation organized and existing under the laws of the State of Virginia; is licensed to do and is doing business in the State of Mississippi; and may be served by and through service upon its registered agent for service, Corporation Service Company, 109 Executive Drive, Suite 3, Madison, Mississippi 39110.

3.

Dale Spencer is an adult resident citizen of Newman, Georgia, and may be served with process at 500 Happy Valley Circle, Newman, Georgia 30263.

4.

This Court has jurisdiction over this matter pursuant to the Mississippi Constitution and the laws of the State of Mississippi. Venue is proper in this Honorable Court as the acts complained of occurred in whole or in part in Lauderdale County, Mississippi.

1

5.

On or about September 19, 2024, Shaleshia Woods was operating a vehicle in a westerly direction in the inside lane of travel on I-20 West in Meridian, Lauderdale County, Mississippi. At such time, Shaleshia Woods was lawfully and prudently traveling in a westerly direction on I-20 West within her lane of travel.

6.

At the same time and place, a vehicle being operated by Dale Spencer was traveling in a westerly direction in the outside lane of travel on I-20 West in Meridian, Lauderdale County, Mississippi. At such time, the vehicle being operated by Dale Spencer left its lane of travel, crossed over the center line and entered the lane of travel occupied by Shaleshia Woods and collided with the vehicle being operated by Shaleshia Woods.

7.

The collision and resulting damages to Shaleshia Woods were directly and proximately caused by the negligence of Dale Spencer in the following ways:

1. Failing to obey the traffic signs;
2. Failing to obey traffic signals;
3. Failing to keep his vehicle under reasonable and proper control;
4. Failing to keep a reasonable and proper lookout as he operated his vehicle;
5. Failing to yield the right of way;
6. Failing to abide by the Rules of the Road;
7. Operating his vehicle in a careless and negligent manner;
8. Failing to give adequate warnings of a collision;
9. Causing his vehicle to collide into the Plaintiff; and/or,

2

10. Other acts of omission and commission to be named in a trial of this matter.

8.

As a result of Dale Spencer's negligent acts and/or omissions, Shaleshia Woods has suffered past, present, and future medical expenses; past, present, and future loss of wages or wage-earning capacity; past, present, and future loss of household services; disfigurement; impairment; disability; property damage; and, past, present, and future pain and suffering and resulting emotional distress and mental anguish and the loss of enjoyment of life.

9.

At all times relevant hereto, Dale Spencer was operating a vehicle owned and maintained by Estes Express Lines Corporation and was acting in the course and scope of his employment with Estes Express Lines Corporation. As such, Estes Express Lines Corporation is vicariously liable for any and all negligent acts of Dale Spencer under the theory of Respondeat Superior and/or vicarious liability as the employer of Dale Spencer or the owner and maintainer of the vehicle Dale Spencer was operating at the time of the collision.

10.

Based on the foregoing, Shaleshia Woods requests an award of damages including but not limited to the following:

1. Past, present, and future pain and suffering and resulting emotional distress and mental anguish;
2. Loss of enjoyment of life;
3. Past, present, and future loss of wages or wage-earning capacity;
4. Past, present, and future loss of household services;
5. Disfigurement, impairment and disability;

3

6. Past medical expenses;

7. Future medical expenses;

8. Property damage;

9. Post-judgment interest; and,

10. All costs of court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Shaleshia Woods, demands judgment against Estes Express Lines Corporation and Dale Spencer in an amount in excess of $75,000, exclusive of interest and costs, and the jurisdictional minimum of this court and to be determined by a jury to adequately compensate the plaintiff for her injuries; post-judgement interest; her costs in pursuing this lawsuit; and any other relief to which she may be entitled under Mississippi Law.

RESPECTFULLY SUBMITTED, this the ___5th___ day of November, 2025.

SHALESHIA WOODS

BY: _____
OF COUNSEL

PAUL V. OTT, ESQ. - BAR # 8742
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
PHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

4

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

SHALESHIA WOODS                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 25CV129(CW)

ESTES EXPRESS LINES CORPORATION
AND DALE SPENCER                                                              DEFENDANTS

### SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF LAUDERDALE**

TO:   Dale Spencer
      500 Happy Valley Circle
      Newman, GA 30263

### NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery Attached to Paul Ott, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint with discovery attached or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

WITNESS MY SIGNATURE and seal of office this the 10 day of November, 2025.

Circuit Clerk of Lauderdale County, Mississippi
BY: Shannon Campbell, D.C.

**Summons issued at the request of:**
PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

SHALESHIA WOODS                                                                                PLAINTIFF

VS.                                                       CIVIL ACTION NO. 25CV129(CW)

ESTES EXPRESS LINES CORPORATION
AND DALE SPENCER                                                                             DEFENDANTS

## SUMMONS

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

TO:   Estes Express Lines Corporation
      c/o Corporation Service Company, Registered Agent
      109 Executive Drive, Suite 3
      Madison, MS 39110

NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery Attached to Paul Ott, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint with discovery attached or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

WITNESS MY SIGNATURE and seal of office this the 10 day of November, 2025.

Circuit Clerk of Lauderdale County, Mississippi

BY: Mannon Campbell, D.C.

Summons issued at the request of:
PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

SHALEISHA WOODS                                                                                    PLAINTIFF

VS.                                                                              CIVIL ACTION NO.25-129

ESTES EXPRESS LINES CORPORATION
AND DALE SPENCER                                                                         DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY

TO:   Estes Express Lines Corporation
      c/o: Corporation Service Company
      109 Executive Drive, Suite 3
      Madison, MS 39110

      Dale Spencer
      500 Happy Valley Circle
      Newman, GA 30263

**NOTICE IS HEREBY GIVEN** that Plaintiff Shaleisha Woods, has served with the Summon and Complaint in the above-entitled action:

1.  *Plaintiff's First Set of Interrogatories Propounded to Defendant Estes Express Lines Corporation;*

2.  *Plaintiff's First Set of Requests for Production of Documents and Things Propounded to Defendant Estes Express Lines Corporation;*

3.  *Plaintiff's First Set of Interrogatories Propounded to Defendant Dale Spencer;* and

4.  *Plaintiff's First Set of Requests for Production of Documents and Things Propounded to Defendant Dale Spencer.*

The undersigned retains the originals of the above papers as custodian thereof pursuant to the local rules.

**RESPECTFULLY SUBMITTED,** this the 17th day of November, 2025.

                                                                SHALEISHA WOODS

                                                         BY: */s/ Paul V. Ott*
                                                              OF COUNSEL

PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

## CERTIFICATE OF SERVICE

I, Paul V. Ott, of counsel for Shaleisha Woods, do hereby certify that I served with the summon and amended complaint a true and correct copy of the above and foregoing pleading to:

Estes Express Lines Corporation
c/o: Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

Dale Spencer
500 Happy Valley Circle
Newman, GA 30263

THIS, the 17th day of November, 2025.

/s/ Paul V. Ott
PAUL V. OTT

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

SHALEISHA WOODS                                                                                             PLAINTIFF

VS.                                                                                             CIVIL ACTION NO.25-129

ESTES EXPRESS LINES CORPORATION
AND DALE SPENCER                                                                                             DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY

TO:    Estes Express Lines Corporation
c/o: Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

Dale Spencer
500 Happy Valley Circle
Newman, GA 30263

**NOTICE IS HEREBY GIVEN** that Plaintiff Shaleisha Woods, has served with the Summon and Complaint in the above-entitled action:

1. *Plaintiff's First Set of Interrogatories Propounded to Defendant Estes Express Lines Corporation;*

2. *Plaintiff's First Set of Requests for Production of Documents and Things Propounded to Defendant Estes Express Lines Corporation;*

3. *Plaintiff's First Set of Interrogatories Propounded to Defendant Dale Spencer;* and

4. *Plaintiff's First Set of Requests for Production of Documents and Things Propounded to Defendant Dale Spencer.*

The undersigned retains the originals of the above papers as custodian thereof pursuant to the local rules.

**RESPECTFULLY SUBMITTED,** this the 17th day of November, 2025.

SHALEISHA WOODS

BY: */s/ Paul V. Ott*
OF COUNSEL

PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

## CERTIFICATE OF SERVICE

I, Paul V. Ott, of counsel for Shaleisha Woods, do hereby certify that I served with the summon and amended complaint a true and correct copy of the above and foregoing pleading to:

Estes Express Lines Corporation
c/o: Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

Dale Spencer
500 Happy Valley Circle
Newman, GA 30263

THIS, the 17th day of November, 2025.

/s/ Paul V. Ott
PAUL V. OTT

2

## PROOF OF SERVICE

Name of Person or Company served __Estes Express Lanes Corporation__

I, the undersigned process server, served the Trial Subpoena / Subpoena Duces Tecum / Summons and/or Complaint upon the person or company named above in the matter set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing first class, postage prepaid, on the date stated in the attached document(s), copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. form 1B).

__✓__ **PERSONAL SERVICE.** I personally delivered copies to __Robbie Key__ on the __19__ day of __November__, 2025, where I found said person in __Madison__ County of the State of __Mississippi__.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____

_____ County, Mississippi. I served the document(s) on the _____ day of _____, _____, 2025, at the usual place of abode of said person by leaving a true copy of the document(s) with _____, who is the _____ (husband, wife, son, daughter, etc.), a member of the family of the person served above the age of sixteen (16) years and willing to received the Summons and/or Complaint, and thereafter on the _____ day of _____, _____, 2025, I mailed, by first class mail, postage prepaid, copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE.** By mailing to an address outside/inside Mississippi, by first class mail, postage prepaid and requiring a return receipt, copies to the person served. (Attach signed return receipt or the return envelope marked "Refused")

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

Fee for service: $ _____

NAME: __James A. Cornelius__

ADDRESS: __529 Hillandale Dr.__
__Jackson, MS, 39212__

TELEPHONE: __601-937-5959__

**STATE OF MISSISSIPPI**

**COUNTY OF** __Hinds__

Personally appeared before me, the undersigned authority, in and for the State and County aforesaid, the within named __James A. Cornelius__, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing *Proof of Service* are true and correct as therein stated.

_James A. Cornelius_
Process Server (Signature)

Sworn to and subscribed before me this the __19__ day of __Nov__, 2025.

My commission expires:
__12-08-2027__

_[Notary seal: STATE OF MISSISSIPPI, ID # 168618, JERRY BONDS, Commission Expires, HINDS COUNTY]_

Notary Public (Signature)

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

SHALESHIA WOODS                                                      PLAINTIFF

VS.                                            CIVIL ACTION NO. 25CV129(CW)

ESTES EXPRESS LINES CORPORATION
AND DALE SPENCER                                            DEFENDANTS

<u>SUMMONS</u>

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

TO:    Estes Express Lines Corporation
        c/o Corporation Service Company, Registered Agent
        109 Executive Drive, Suite 3
        Madison, MS 39110

NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

       You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery Attached to Paul Ott, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint with discovery attached or a judgment by default will be entered against you for the money or other things demanded in the complaint.

       You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

       WITNESS MY SIGNATURE and seal of office this the 10 day of November, 2025.

                                                              Circuit Clerk of Lauderdale County, Mississippi

                                                              BY: _____

Summons issued at the request of:
PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

**SHALESHIA WOODS**

Plaintiff/Petitioner

vs.

**ESTES EXPRESS LINES CORPORATION; DALE SPENCER**

Defendant/Respondent

Case No.: **25CV129**

AFFIDAVIT OF SERVICE OF SUMMONS; COMPLAINT; PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT, DALE SPENCER; PLAINTIFF'S FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFENDANT, DALE SPENCER; NOTICE OF SERVICE OF DISCOVERY

Received by **James Hines**, on the **19th day of November, 2025 at 3:02 PM** to be served upon **Dale Spencer** at **500 Happy Valley Cir, Newnan, Coweta County, GA 30263**.
On the **22nd day of November, 2025 at 3:01 PM**, I, **James Hines**, SERVED Dale Spencer at **500 Happy Valley Cir, Newnan, Coweta County, GA 30263** in the manner indicated below:

After exercising reasonable diligence, I was unable to deliver copies to said person within Lauderdale County, MS, I served the documents listed above on the **22nd day of November, 2025 at 3:01 PM**, at the usual place of abode of said person by leaving a true copy of the documents listed above with **Virginia Spencer**, who is a member of the family who is above the age of sixteen years old who was willing to receive service. And thereafter on the _____ day of _____, 20____, copies of the documents listed above were mailed (by first class postage prepaid) to the person served at his/her place of abode where copies were left.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Virginia Spencer who identified themselves as the subject's spouse, co-resident with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**

Service Fee Total: **$45.00**

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. In accordance with 12 O.S. § 426, under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _James Hines_ (signature)

Date: NOV 2 3 2025

Notary Public: Subscribed and sworn before me on this __23__ day of __November__ in the year of 20__25__
Personally known to me __X__ or _____ identified by the following document: _____

Notary Public (Legal Signature): (signed)

Number/Reference: _____
Type: _____
Notary Public for State of: _____
Commission Expiration: _____

Page 1 of 1

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

SHALESHIA WOODS                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 25CV129(CW)

ESTES EXPRESS LINES CORPORATION
AND DALE SPENCER                                                   DEFENDANTS

**SUMMONS**

**STATE OF MISSISSIPPI**
**COUNTY OF LAUDERDALE**

TO:   Dale Spencer
      500 Happy Valley Circle
      Newman, GA 30263

NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery Attached to Paul Ott, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint with discovery attached or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

WITNESS MY SIGNATURE and seal of office this the 10 day of November, 2025.

Circuit Clerk of Lauderdale County, Mississippi
BY: Shannon Campbell, D.C.

**Summons issued at the request of:**
PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM